IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 14-20068-02-JAR |
| JOSE JESUS GALVAN CAMPOS, | |
| Defendant. | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Jose Galvan Campos' *pro se* Motion for Modification and Reduction of Sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines (Doc. 378). The Court has reviewed Defendant's motion and the underlying proceedings and, as explained below, denies Defendant's request.

Amendment 782 became effective November 1, 2014, and lowers the base offense levels in the Drug Quantity Table. On July 21, 2015, Defendant entered a plea of guilty to one count of conspiracy with intent to distribute and to distribute 50 grams or more of methamphetamine.[1] Defendant was held accountable for 1.6 kilograms of ICE methamphetamine, resulting in a base offense level of 36 under U.S.S.G. § 2D1.1(c)(2), pursuant to the 2015 U.S.S.G. manual.[2] On January 17, 2018, this Court sentenced Defendant to 146 months' imprisonment.[3] The manual in effect at the time Defendant was sentenced in 2018 also results in a base offense level of 36.

---

[1] Doc. 156.

[2] *See* Presentence Investigation Report, Doc. 213 at 12. Based on Defendant's criminal history category II, the resulting Guidelines range was 292-365 months.

[3] Judgment, Doc. 352; SOR, Doc. 353.

Thus, Defendant has already received the benefit of Amendment 782 and there is no harm under U.S.S.G. § 1B1.11. Defendant's motion is denied.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Jose Jesus Galvan Campos' Motion for Modification and Reduction of Sentence under 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines (Doc. 378) is DENIED.

**IT IS SO ORDERED.**

Dated: April 20, 2018

S/ Julie A. Robinson
JULIE A. ROBINSON
CHIEF UNITED STATES DISTRICT JUDGE

.